ORIGINAL

FILED

08/16/2022

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: OP 22-0410

# IN THE SUPREME COURT OF THE STATE OF MONTANA

OP 22-0410

JOSEPH DANIEL GOINS,

Petitioner,

v.

STATE OF MONTANA, and
CAPTAIN VALDEZ, Yellowstone County
Detention Center,

Respondents.

FILED

AUG 16 2022

Bowen Greenwood
Clerk of Supreme Court
State of Montana

ORDER

Joseph Daniel Goins has filed a Petition for Writ of Habeas Corpus, claiming that his incarceration is illegal and that he should be released. We amend the caption to include Captain Valdez of the Yellowstone County Detention Center, where Goins is held. Section 46-22-201(1)(c), MCA.

Goins raises issues that appear to pertain to a pending criminal case in Yellowstone County. He includes copies of a City of Billings Police report and affidavit concerning a June 29, 2022 disturbance and an alleged partner or family member assault. He argues malicious prosecution and "defamation." He disputes information in those materials and contends that the State must provide evidence in the case.

The writ of habeas corpus is for applicants to demonstrate claims concerning illegal restraint or incarceration and to be delivered from such restraint, if determined illegal or invalid. Section 46-22-101(1), MCA. Goins has not made such demonstration. *Miller v. Eleventh Judicial District Ct.*, 2007 MT 58, ¶ 14, 336 Mont. 207, 154 P.3d 1186. He has not challenged want of bail. Section 46-22-103, MCA. His petition and attachments demonstrate that he is challenging the basis for his arrest on charges that may be filed in the Yellowstone County District Court.

The cause of his incarceration is due to his pending criminal matter. Section 46-22-101(1), MCA. Issues arising from his current criminal charges will be reviewed by this Court only after any final judgment in the case, not through a pretrial habeas corpus proceeding.

IT IS THEREFORE ORDERED that Goins's Petition for Writ of Habeas Corpus is DENIED and DISMISSED.

The Clerk is also directed to provide a copy of this Order to counsel of record and to Joseph Daniel Goins personally.

DATED this 14ᵗʰ day of August, 2022.

_____
Chief Justice

_____

_____

_____

_____
Justices

2